# Order

Michigan Supreme Court
Lansing, Michigan

January 22, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146722 & 146724(107)


LaFONTAINE SALINE, INC., d/b/a
LaFONTAINE CHRYSLER JEEP DODGE
RAM,
   Plaintiff-Appellee,

v

CHRYSLER GROUP, LLC,
   Defendant-Appellant,

and

IHS AUTOMOTIVE GROUP, LLC, d/b/a/
CHRYSLER JEEP OF ANN ARBOR,
   Defendant-Appellee.
_____/

SC: 146722
COA: 307148
Washtenaw CC: 10-001329-CZ

LaFONTAINE SALINE, INC., d/b/a
LaFONTAINE CHRYSLER JEEP DODGE
RAM,
   Plaintiff-Appellee,

v

CHRYSLER GROUP, LLC,
   Defendant-Appellee,

and

IHS AUTOMOTIVE GROUP, LLC, d/b/a/
CHRYSLER JEEP OF ANN ARBOR,
   Defendant-Appellant.
_____/

SC: 146724
COA: 307148
Washtenaw CC: 10-001329-CZ

On order of the Chief Justice, the joint motion of the Detroit Auto Dealers Association and the Michigan Auto Dealers Association for leave to file an amicus curiae brief is GRANTED. The brief submitted on January 17, 2014, is accepted for filing. On further order of the Chief Justice, the motion to participate in oral arguments is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2014



Clerk